UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NA'TERIA LADONNA HAWKINS,

                Plaintiff,                20 **CIVIL** 7112 (BCM)

     -v-                                         **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 20, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          September 20, 2021

                                                    **RUBY J. KRAJICK**

                                                        Clerk of Court
                                BY:
                                                         **Deputy Clerk**